```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06961
   WILLIAM A DEIKER
   LISA DEIKER                                  CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-8270     SSN XXX-XX-2157

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/24/08 .

     2.  The case was converted to Chapter 7 without confirmation, 06/13/2008.

------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE      CURRENT MORTG         .00            .00           .00
CHASE HOME FINANCE      MORTGAGE ARRE  NOT FILED             .00           .00
COLE TAYLOR BANK        SECURED               .00            .00           .00
COLE TAYLOR BANK        MORTGAGE ARRE  NOT FILED             .00           .00
FORD MOTOR CREDIT CO    SECURED VEHIC         .00            .00           .00
OLD SECOND NATIONAL BANK SECURED VEHIC        .00            .00           .00
ACTIVITY COLLECTION SVC UNSECURED      NOT FILED             .00           .00
ALLIED WASTE SERVICES   UNSECURED      NOT FILED             .00           .00
AMERICAN COLLECTION     UNSECURED      NOT FILED             .00           .00
ARMOR SYSTEMS CORP      UNSECURED      NOT FILED             .00           .00
BIEHL & BIEHL           UNSECURED      NOT FILED             .00           .00
CAPITAL ONE BANK        UNSECURED      NOT FILED             .00           .00
CB USA INC              UNSECURED      NOT FILED             .00           .00
CENTRAL DUPAGE HOSPITAL UNSECURED      NOT FILED             .00           .00
CENTURY LIQUIDATION     UNSECURED      NOT FILED             .00           .00
CERTIFIED SERVICES INC  UNSECURED      NOT FILED             .00           .00
CHECK RECOVERY SYSTEMS  UNSECURED      NOT FILED             .00           .00
YOUHANA YOUSEFI MD      UNSECURED      NOT FILED             .00           .00
COMED                   UNSECURED      NOT FILED             .00           .00
CREDITORS INTERCHANGE   UNSECURED      NOT FILED             .00           .00
------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID

KCA FINANCIAL SERVICES  UNSECURED      NOT FILED             .00           .00
MCS                     UNSECURED      NOT FILED             .00           .00
MERCHANTS CREDIT GUIDE  UNSECURED      NOT FILED             .00           .00
MERCHANTS CREDIT GUIDE  UNSECURED      NOT FILED             .00           .00
MIDLAND CREDIT MGMT     UNSECURED      NOT FILED             .00           .00
MIDLAND CREDIT MGMT     UNSECURED      NOT FILED             .00           .00
MUSIC & ARTS            UNSECURED      NOT FILED             .00           .00
NICOR GAS               UNSECURED      NOT FILED             .00           .00
NICOR GAS               UNSECURED      NOT FILED             .00           .00
NORTHWEST RADIOLOGY ASSO UNSECURED     NOT FILED             .00           .00
PEDIATRIC EYE ASSOCIATES UNSECURED     NOT FILED             .00           .00
```

```
PORTFOLIO RECOVERY ASSOC   UNSECURED         NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         NOT FILED              .00           .00
SBC AMERITECH              UNSECURED         NOT FILED              .00           .00
ST MATTHEW PARISH          UNSECURED         NOT FILED              .00           .00
TARGET                     UNSECURED         NOT FILED              .00           .00
TRSI                       UNSECURED         NOT FILED              .00           .00
VERIZON WIRELESS           UNSECURED         NOT FILED              .00           .00
VILLAGE OF GLENDALE HEIG   UNSECURED         NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED              .00           .00
WOW INTERNET & CABLE       UNSECURED         NOT FILED              .00           .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00           .00          .00          .00
PRINCIPAL PAID           .00           .00           .00          .00          .00
INTEREST PAID            .00           .00           .00          .00          .00
TOTAL PAID               .00           .00           .00          .00          .00
```

The Debtor's attorney, DEVONA & ASSOC              , was allowed $          .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/11/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                         PAGE   3
     CASE NO. 08 B 06961 WILLIAM A DEIKER & LISA DEIKER
```